# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2011

Robert P. Young, Jr.,
Chief Justice

141672

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                          SC: 141672
                                          COA: 292602

ROBERT WILLIAM DUNCAN,
                                          Wayne CC: 08-003062-FH
      Defendant-Appellee.

_____/

      On March 10, 2011, the Court heard oral argument on the application for leave to appeal the July 6, 2010 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2011

_____
Clerk

p0315